# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SWAIN CLARKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-956-D |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) [Doc. No. 6]. Judge Green recommends a dismissal without prejudice based on Plaintiff's failure to comply with a prior Order granting leave to continue in forma pauperis but requiring payment of the $350 filing fee in installments [Doc. No. 5].

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 6] is **ADOPTED** in its entirety. This action is **DISMISSED** without prejudice to refiling. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 13th day of November, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge